155 So.2d 602

**William S. COFFIN, Jr.**

v.

**STATE.**

3 Div. 103.

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

---

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D.

Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Affirmed.

Certiorari denied by Supreme Court, 155 So.2d 602 (3 Div. 43).